IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RONALD KING HAMILTON, | 3:10-CV-309-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CITY OF PORTLAND, OFFICER LAWRENCE KELLER, OFFICER BRENT CHRISTENSEN, PHILIP LOVING, OFFICER JASON FRANCIS, OFFICER CARLOS PAGAN, and OFFICER ISRAEL HOLSTI, | |
| Defendants. | |

Based upon the filing of the Stipulated Notice of Dismissals (#31, #32, #33, and #56), this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 26th day of September, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL