IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RONALD KING HAMILTON,

Plaintiff,

v.

CITY OF PORTLAND, OFFICER
LAWRENCE KELLER, OFFICER BRENT
CHRISTENSEN, PHILIP LOVING, OFFICER
JASON FRANCIS, OFFICER CARLOS PAGAN,
and OFFICER ISRAEL HOLSTI,

Defendants.

3:10-CV-309-BR

JUDGMENT
OF DISMISSAL

Based upon the filing of the Stipulated Notice of Dismissals (#31, #32, #33, and #56), this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 26th day of September, 2011.

ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL